# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

**COUNSEL-ONLY STATUS CONFERENCE**

**JOHN D WHELAN (1)**
**TINA MONTEZON (2)**

Case No. 21-cr-0005-bhl

---

HONORABLE BRETT H. LUDWIG presiding
Proceeding Held: 7/30/2021
Deputy Clerk: Christine B.

Time Called:  9:01 a.m.
Time Concluded:  9:12 a.m.
Tape:  19

**Appearances:**

UNITED STATES OF AMERICA by:          Julie F Stewart and Kevin C Knight

JOHN D WHELAN by:                              Michael G Penkwitz

TINA MONTEZON by:                              Jonathan C Smith

---

The parties updated the Court on the status of the case.  Counsel for the government reported that plea offers have been extended to both defendants.  Counsel for Defendant Whelan stated his client has indicated he will be entering into the agreement when they confer again within the next week or so.  Counsel for Defendant Montezon confirmed that she wants a jury trial.

A Change of Plea Hearing as to John D Whelan (1) will be held on **August 17, 2021 at 1:00 p.m.** at the U.S. Courthouse, Room 225, 517 E. Wisconsin Ave., Milwaukee, Wisconsin.

The Counsel-Only Status Conference as to Tina Montezon (2) was adjourned to **August 17, 2021 at 1:45 p.m.** by Telephone.  To appear, you must call the Court conference line at 1-866-434-5269, and enter access code 1737450# before the scheduled hearing time.

The Court made a finding under the Speedy Trial Act.  The period of time from 7/30/2021 until 8/17/2021 is deemed excludable.