

From: +▓▓▓▓▓▓ Tina M. Montezon (owner)
To: +▓▓▓▓▓▓ Tina M.

Tina r u sure u mailed my correct scripts in cuzz the email they gave me i can only see one bcuz i dont no my id and also u gave me someon else receipt so i hope u dodnt switch up on me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▓▓▓▓▓▓ Tina M. Montezon | | | |

Status: Read
Read: 9/14/2020 1:23:57 PM(UTC+0)

9/14/2020 9:28:23 AM(UTC+0)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x24C28FE (Table: message, handle, chat, Size: 61448192 bytes)



From: +▓▓▓▓▓▓ Tina M. Montezon (owner)
To: +▓▓▓▓▓▓ Tina M. Montezon (owner)

Attachments:

Size: 3166367
File name: 62176851109__4C92B1D8-B80A-4709-96EB-C8DEE526206F.jpeg
62176851109__4C92B1D8-B80A-4709-96EB-C8DEE526206F.jpeg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▓▓▓▓▓▓ Tina M. Montezon | | | |

Status: Read
Read: 9/14/2020 1:23:57 PM(UTC+0)

9/14/2020 9:29:12 AM(UTC+0)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x24C2542 (Table: message, handle, chat, attachment, Size: 61448192 bytes)
iPhone/mobile/Library/SMS/Attachments/44/04/A1267886-ED0F-401A-95E3-DA63E2B08C80/62176851109__4C92B1D8-B80A-4709-96EB-C8DEE526206F.jpeg :  (Size: 3166367 bytes)



From: +▓▓▓▓▓▓ Tina M. Montezon (owner)
To: +▓▓▓▓▓▓

Just tear it up. I think my helper was overwhelmed. I faxed your stuff in.  Thanks.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▓▓▓▓▓▓ | | | |

Status: Sent
Delivered: 9/14/2020 1:24:50 PM(UTC+0)

9/14/2020 1:24:48 PM(UTC+0)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x24C8A91 (Table: message, chat, handle, Size: 61448192 bytes)



**EXHIBIT**

**1**

Attachment #1
▓▓▓▓210
Page 108 of 357



From: +[redacted]
To: +[redacted] Tina M. Montezon (owner)

Lol u did have the trap boomin that day  thnx

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[redacted] Tina M. Montezon | | | |

Status: Read
Read: 9/15/2020 10:03:39 PM(UTC+0)

9/14/2020 2:11:10 PM(UTC+0)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x24CA487 (Table: message, handle, chat, Size: 61448192 bytes)

From: +19209005136 Tina M. Montezon (owner)
To: +19209005136 Tina M. Montezon (owner)

Tina im on the phone right now and you didnt send all my meds

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[redacted] Tina M. Montezon | | | |

Status: Read
Read: 9/15/2020 10:03:39 PM(UTC+0)

9/15/2020 8:54:15 PM(UTC+0)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x24D9577 (Table: message, handle, chat, Size: 61448192 bytes)

From: +[redacted]
To: +[redacted] Tina M. Montezon (owner)

In

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[redacted] Tina M. Montezon | | | |

Status: Read
Read: 9/15/2020 10:03:39 PM(UTC+0)

9/15/2020 8:54:16 PM(UTC+0)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x24D92B7 (Table: message, handle, chat, Size: 61448192 bytes)

From: +[redacted] Tina M. Montezon (owner)
To: +[redacted] Tina M. Montezon (owner)

Thats what cvs said

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[redacted] Tina M. Montezon | | | |

Status: Read
Read: 9/15/2020 10:03:39 PM(UTC+0)

9/15/2020 9:02:03 PM(UTC+0)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x24DAF4A (Table: message, handle, chat, Size: 61448192 bytes)

Attachment #1
[redacted]210
Page 109 of 357

REPORTS DEA_001241