> **From:** +Redacted Tina M. Montezon (owner)
> **To:** +Redacted
>
> Manang it was a bad day. I had the pharmacy calling me cause he was writing different scripts. Patients were asking me if he was ok. He was on a all night drunk. He was weaving in and out of lanes today on the way to work. He needs to drink less. I do make good money with him.
>
> **Attachments:**
>
> Size: 1617106
> File name: IMG_0894.HEIC
> IMG_0894.HEIC
>
> Size: 1791853
> File name: IMG_0893.HEIC
> IMG_0893.HEIC
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | +Redacted | | | |
>
> **Status:** Sent
> **Delivered:** 10/21/2019 11:42:23 AM(UTC-5)
> **Read:** 10/21/2019 11:42:59 AM(UTC-5)
>
> 10/18/2019 7:53:29 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0xF8AD2E (Table: message, chat, attachment, handle, Size: 61448192 bytes)
iPhone/mobile/Library/SMS/Attachments/87/07/0FA3D14B-0DFC-4461-9A49-0D12628ADD2E/IMG_0894.HEIC : (Size: 1617106 bytes)
iPhone/mobile/Library/SMS/Attachments/c9/09/BAC7AC30-131E-4F6B-A47A-68E89E49BA65/IMG_0893.HEIC : (Size: 1791853 bytes)

> **From:** +Redacted Tina M. Montezon (owner)
> **To:** +Redacted
>
> I brought two of these. I think they are beautiful. I brought one for you and one for me. It will take a couple weeks to come. Yours is being sent to your house. Alex even said they were nice.
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | +Redacted | | | |
>
> **Status:** Sent
> **Delivered:** 10/21/2019 11:42:24 AM(UTC-5)
> **Read:** 10/21/2019 11:42:59 AM(UTC-5)
>
> 10/18/2019 7:57:44 PM(UTC-5)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0xF8A4F3 (Table: message, chat, handle, Size: 61448192 bytes)

**EXHIBIT 2**

Case 2:21-cr-00005-BHL   Filed 03/01/24   Page 1 of 1   Document 153-2

31